MARESI MAZZETTI CORPORATION, Appellant, v. REGINA BLANK, Respondent. (Appeal No. 1.) — Order granting defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements, the bill to be furnished within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MARESI MAZZETTI CORPORATION, Appellant, v. REGINA BLANK, Respondent. (Appeal No. 2.) — Order denying plaintiff's motion for an examination before trial of one Morris Blank reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs; examination to

proceed at such time and place and before such officer as the Special Term may direct. The record discloses special circumstances justifying the examination. (Civ. Prac. Act, § 288; █ McCullough v. Auditore, 216 App. Div. 510; Loomis v. Marsh, 215 id. 691.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.